Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED
USDC, CLERK GREENVILLE

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

_____ Division

2025 SEP -9 PM 12: 4_

**Rufus Julius Cornelius Anderson**
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**See Attachment list**
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rufus Julius C Anderson |
| Street Address | ~~Greenville SC 29611~~ 510 6th St Apt #6 |
| City and County | Greenville SC 29611 |
| State and Zip Code | SC 29611 |
| Telephone Number | 864 749-4066 |
| E-mail Address | RufusAnderson81@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

# ATTACHMENT OF DEFENDANTS

1. South Carolina Dept. of Employment and Workforce.
   1550 Gadsden Street P.O. Box 995, Columbia SC29202
   # 1(866)831-1724
2. South Carolina Dept. of Motor Vehicles
   10311 Wilson Blvd, Blythewood, SC 29016
   # 1(803)896-5000
3. South Carolina Law enforcement Division
   4400 Broad River Rd Columbia, SC 29210
   # 1(803)737-9000
4. Greenville County Sherriff's office
   301 E North Street, Greenville, SC 29601
   1(864)0467-8111
5. South Carolina Probation & Pardon Services
   1221 Gregg Street, Columbia, SC 29201
   #1(803)734-6320
6. Prisma Health
   300 E Mc Bee Ave., Greenville, SC 29601
   #1(864)455-7000

7. Several John Doe defendants will note once entity is discovered

8. Gales Contractor Services
   1800 Piedmont Hwy
   Greenville SC 29611

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VI, of the Civil Rights Act of 1964 Subsection 2000d - 2000d7 28 C.F.R Subsection 42.401 et seq
Title VII

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment, Further will Amend

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

actual & punitive money damages

## Attachment Brief

Title VI of the Civil Rights Act of 1964, 42 U.S.C. subsection 2000d-2000d7, and its implementing regulations, 28 C.F.R subsection 42.401 et seq., govern DOJ's compliance and enforcement authority. These provisions provide that no recipient or the other person shall intimidate, threaten, coerce, or discriminate against any individual because he/she has made a complaint, testified, assisted, or participated in any manner in an investigation, proceeding, or complaint, testified assisted, or participated in any manner in an investigation, proceeding, or hearing conducted under DOJ's jurisdictions, or has asserted rights protected by statutes DOJ enforces.

The misconduct covered by Title VI and the OJP (Office of Justice Programs) Program Statute includes, for example, harassment or use of racial slurs, discriminatory arrests, discriminatory traffic stops, <u>coercive sexual conduct,</u> retaliation for filing a complaint with DOJ or participating in the investigation, discriminatory use of force, or refusal by the agency to respond to complaints alleging discriminatory treatment by its officers.

## History

Claimant has engaged in several legal actions of a protected category. See Rufus J Anderson v. Greenville Health System 6:17-cv-03239-DCC, Rufus J Anderson v. Greenville Health System, SCDEW, South Carolina Probation and Parole Services 6:15-cv-02556. Rufus J Anderson v J.A. Piper Roofing Co No: 6:19-cv - 00859.

The Plaintiff involved in above said proceedings has experienced coercive behavior regarding coercive sexual conduct. Since and Over the Span of the above proceedings (9-22-2009 until current date.) the Plaintiff has experienced what is believed to be framed for sexual acts and allegedly regarded as a crazy person doing so. The claimant believes this to be along the lines of surveillance of

the plaintiff during the above said proceedings. Further due to said surveillance the plaintiff suffers financial hardships interference with employment as a means to coerce the claimant into coercive sexual conduct. Further the plaintiff experiences alteration of terms and conditions of employment. Further the plaintiff within these proceedings experiences financial disruptions in automated systems such as banking. These actions are followed by gestures and stray comments threatening arrest and home evictions.

---

Note: the plaintiff has in fact contacted the DOJ via mailing system and has received no response. Plaintiff believes the mailing system has been interfered with. I have a return receipt of DOJ receiving the complaint stamped and dated 3/7/2025. Since I believe I've experienced further retaliatory actions. Would like for the proceeding to be acknowledged and further docketed so the claimant could file these acts of retaliation.

--------------------------------

09/09/2025

r

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/9/2025

Signature of Plaintiff: Rufus P Anderson
Printed Name of Plaintiff: Rufus JC Anderson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____